# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROCIO GUADALUPE CELAYA, ELVIRA CELAYA, and OMAR JIMENEZ FLORES, <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL MOTORS CORPORATION; GENERAL MOTORS, LLC; GENERAL MOTORS ACCEPTANCE CORPORATION; and GMAC, INC., <br><br> Defendants. | Case No.: 2:13-CV-01521-APG-GWF |

## ORDER

On September 26, 2013, the Court entered an Order on Stipulation (Doc. #13), granting the parties' stipulation to dismiss Plaintiffs' claims against Defendant General Motors, LLC (incorrectly identified in the Complaint as General Motors, Co.). The stipulation did not reference the other Defendants. Plaintiffs have not filed proof of service as to the other Defendants.

IT IS THEREFORE ORDERED that the parties shall file a status report on or before February 11, 2014, advising the Court of the status of this case with respect to Defendants other than Defendant General Motors, LLC/General Motors, Co.

DATED this 3rd day of February, 2014.

_____
**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**

1