# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROCIO GUADALUPE CELAYA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MOTORS CORPORATION, *et al.*, <br><br> Defendants. | Case No. 2:13-cv-01521-APG-GWF <br><br> **ORDER** |

In their Joint Status Report [Dkt. #15], the parties stated that "Plaintiffs have entered into an agreement with Counsel for General Motors Acceptance Corporation and GMAC, Inc. to voluntarily dismiss those entities. Plaintiffs' counsel will file the notices of dismissal contemporaneous with the filing of this status report."  However, Plaintiffs' counsel has not filed any dismissal papers.  Accordingly, based upon the parties' Joint Status Report, and the fact that all other defendants have been dismissed from this case,

**IT IS HEREBY ORDERED** that this case is DISMISSED.  The Clerk of Court is directed to enter Judgment accordingly and close this file.

Dated:  March 4, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE